FRANK MAKI, Appellant, v THE TRAVELERS COMPANIES, INC., et al., Respondents, et al., Defendant.

Decided March 30, 2017

Appeal, insofar as taken as against defendant Northland Insurance Company, dismissed without costs, by the Court of Appeals, sua sponte, upon the ground that as to that defendant the Appellate Division order does not finally determine the action within the meaning of the Constitution; appeal otherwise dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

SARA MYERS et al., Plaintiffs, and ERIC A. SEIFF et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted March 27, 2017; decided March 30, 2017

Motion by Agudath Israel of America for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DiFiore taking no part.